DEMERY v. PERDUE FARMS, INC.

[354 N.C. 355 (2001)]

ERNESTINE DEMERY, Employee v. PERDUE FARMS, INC., Employer;
SELF-INSURED/CRAWFORD & COMPANY, Servicing Agent

No. 281A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 143 N.C. App. 259, 545 S.E.2d 485 (2001), reversing an opinion and award entered by the North Carolina Industrial Commission on 19 November 1999. Heard in the Supreme Court 17 October 2001.

*Daniel F. Read for plaintiff-appellant.*

*Haynsworth Baldwin Johnson & Greaves, LLC, by Brian M. Freedman and J. Mark Sampson, for defendant-appellee.*

PER CURIAM.

AFFIRMED.